# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT P. HARTMAN, ) | |
| ) | Case No. 2:20-cv-1633 |
| Plaintiff, ) | |
| ) | Section: H(5) |
| v. ) | |
| ) | JUDGE: JANE TRICHE MILAZZO |
| ILLINOIS CENTRAL RAILROAD COMPANY ) | |
| ) | MAGISTRATE JUDGE: |
| Defendant. ) | MICHAEL B. NORTH |

## **ORDER**

The Court, having examined the Second Joint Motion to Extend Deposition and Non-Evidentiary Pre-Trial Motion Deadlines, and being duly advised in the premises, now approves and grants the same.

IT IS, THEREFORE, ORDERED that the Second Joint Motion to Extend Deposition and Non-Evidentiary Pre-Trial Motion Deadlines, is granted. Parties shall have till June 27, 2022 to complete depositions in this matter. Additionally, parties shall have till July 1, 2022 for non-evidentiary pre-trial motions to permit a submission date of July 14, 2022.

Dated this __28th__ day of ____April____, 2022.

_____
JUDGE JANE TRICHE MILAZZO